UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA NISHANIAN,<br><br>                       Plaintiff,<br><br>    - against -<br><br>G.C. SERVICES, INC.,<br><br>                     Defendant. | 09 CV 8625 (CS)(PED)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, GINA NISHANIAN, and the defendant, G.C. SERVICES, INC., that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 12, 2010

LEMBERG & ASSOCIATES, LLC
*Attorney for Plaintiff*

By: /s/
    Sergei Lemberg (     )

1100 Summer Street, 3rd Floor
Stamford, Connecticut  06905
(203) 653-2250

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*

By: Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY  10017-2024
Telephone:  212-471-6200
Fax:  212-935-1166